NICHOLAS BERTINI et al., Respondents, *v.* JOHN R. MURRAY, Doing Business under the Name of JOHN R. MURRAY & SON, et al., Defendants, and KNICKERBOCKER ICE COMPANY et al., Appellants.

Submitted January 5, 1942; decided January 15, 1942.

752

*Irving Lemov* for motion.

*Theodore Paul Freeland* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order does not finally determine the action within the meaning of the Constitution.